## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIZABETH LAREAU, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 2:16-cv-01214 |
| | ) |
| I.C. SYSTEMS, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

Plaintiff, ELIZABETH LAREAU, ("Plaintiff"), through her attorney, Varadi, Hair & Checki, LLC, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

DATED:  March 11, 2016                    RESPECTFULLY SUBMITTED,


*/s/ Samuel J. Ford*
Samuel J. Ford, Esq. (#36081)
Varadi, Hair & Checki, LLC
650 Poydras St., Ste. 1550
New Orleans, LA 70130
ford@vhclaw.com
Phone: (504) 684-5200
Fax: (504) 613-6351
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

On March 11, 2016, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of the filed Notice of Settlement to Defense Counsel, Michelle Dove, at MDove@icsystem.com.

Case 2:16-cv-01214-NJB-DEK Document 5 Filed 03/11/16 Page 2 of 2